### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ROBERT E. HOWELL, SR.**                                                          **PETITIONER**

**VS.**                                          **5:16-CV-00093-BRW**

**WILLIAM STRAUGHN, SHERLY SHARP,**                                    **RESPONDENTS**
**and A. CARPENTER**

### ORDER

I have received Findings and Recommendations from Magistrate Judge Patricia S.

Harris,[1] and the objections from Petitioner Robert E. Howell, Sr..[2]  After a careful review of the

findings and recommendation, the objection, and a de novo review of the record, I adopt as my

findings in all respects the recommendation in its entirety.

Accordingly, Mr. Howell's Petition for Writ of Habeas Corpus (Doc. No. 1) is

DISMISSED, and all requested relief is denied.

A certificate of appealability is denied.[3]

IT IS SO ORDERED this 20th day of September, 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 13.

[2] Doc. No. 14.

[3] Petitioner cannot make a "substantial showing of the denial of a constitutional right."
*See* 28 U.S.C. 2253(c)(2).